***Form OL241*** (3/23)

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:
Linda Kay Smith
aka Linda Kay Posalski

Debtor(s).

Case No. 26−13879−djb

Chapter: 13

## ORDER

AND NOW, it is ORDERED that since the debtor(s) have failed to timely file the documents required by the order dated September 17, 2026, this case is hereby DISMISSED.

**Date: October 16, 2026**

Derek J Baker
Judge, United States Bankruptcy Court

Missing Documents:
Certificate of Credit Counseling
Matrix List of Creditors
Ch. 13 Statement of your current monthly income & Calculation of commitment period form 122C−1
Means test calculation form 122C−2
CH 13 Plan
Schedules AB−J
Statement of financial affairs
Summary of Assets and Liabilities

Documents were due by October 1, 2026.